**R. Wayne JOHNSON, Claimant–Appellant,**

v.

**Sloan D. GIBSON, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7098.

United States Court of Appeals, Federal Circuit.

July 30, 2014.

R. Wayne Johnson, Amarillo, TX, for Claimant–Appellant.

P. Davis Oliver, Trial Attorney, Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice, Washington, DC, for Respondent–Appellee.

**ON MOTION**

**ORDER**

PER CURIAM.

The court construes R. Wayne Johnson's submission entitled "Petition for a Writ of Mandamus" as a motion seeking relief on the merits of his appeal and appointment of counsel.

Mr. Johnson's arguments concerning the merits of the Court of Appeals for Veterans Claims' denial of his writ of mandamus belong in his informal brief and not in a motion.

Upon consideration thereof,

928

IT IS ORDERED THAT:

The motion is denied.